**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000535**
**22-MAY-2013**
**09:12 AM**

NO. CAAP-12-0000535

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


MATHEW S. MIKELSON,
Plaintiff-Appellee,
v.
UNITED SERVICES AUTOMOBILE ASSOCIATION,
Defendant-Appellant,
and
JOHN DOES 1-25, JANE DOES 1-25, DOE CORPORATIONS 1-25,
DOE PARTNERSHIPS 1-25, and DOE GOVERNMENTAL ENTITIES 1-25,
Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 99-1856)


ORDER DENYING MOTION FOR PARTIAL
RECONSIDERATION OF MEMORANDUM OPINION
(By: Foley, Presiding J., Leonard and Reifurth, JJ.)

Upon consideration of "Defendant-Appellant United Services Automobile Association's Motion For Partial Reconsideration of Memorandum Opinion" filed on May 15, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, May 22, 2013.

Presiding Judge

Associate Judge

Associate Judge